IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENNIS W. HELFRICH        :      CIVIL ACTION
                                    :
          v.                       :
                                    :
BRIAN COLEMAN, et al.        :      NO.  10-958

# **O R D E R**

AND NOW, this 6th day of April, 2010, upon careful and independent

consideration of the petition for writ of habeas corpus, IT IS ORDERED that:

     1.  The petition for a writ of habeas corpus is TRANSFERRED to the United
States District Court for the Middle District of Pennsylvania in accordance with 28
U.S.C. § 2241(d).

     2.  The Clerk of Court shall transmit the original record along with any state court
records to said district.

     3.  There is <u>no</u> basis for the issuance of a certificate of appealability.

                           BY THE COURT:

                           _____
                           LOWELL A. REED, JR.